GEORGE DAWSON v. THE STATE.

No. 9090.   Delivered January 7, 1925.

No motion for rehearing filed.

**Selling Intoxicating Liquor.**

No statement of facts, nor bills of exception appearing in the record, the judgment is affirmed.

Appeal from the District Court of Gonzales County.   Tried below before the Hon. Lester Holt, Judge.

Appeal from a conviction for selling intoxicating liquor; penalty four years and six months in the penitentiary.

No brief filed for appellant.

*Tom Garrard,* State's Attorney, and *Grover C. Morris,* Assistant State's Attorney, for the State.

HAWKINS, JUDGE.—Appellant is under conviction for selling intoxicating liquor, punishment having been assessed at confinement in the penitentiary for four years and six months.

No statement of facts accompany the record, and the transcript shows that no bills of exception were reserved at the time of trial.

Appellant entered a plea of guilty.   Nothing is presented calling for review at the hands of this court and the judgment is ordered affirmed.

*Affirmed.*